1020

DEBBIE HERLINGER LAUTT, *Appellant,* v. ALVIN R. GREEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–02031–0, Thomas R. Sauriol, J., entered May 16, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.

NANCY GOHEEN KOSOFF, *Appellant,* v. JAMES PAUL KOSOFF, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85–3–00060–9, Robert L. Charette, J., entered October 7, 1985. *Affirmed* by unpublished opinion per Kruse, J. Pro Tem., concurred in by Dolliver and Strophy, JJ. Pro Tem.

PHILLIP L. KIRKPATRICK, ET AL, *Respondents,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 83–2–01534–8, Daniel J. Berschauer, J., entered January 11, 1985. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Draper, J. Pro Tem., Brown, J. Pro Tem., dissenting.